1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   PACIFIC LUMBER COMPANY, et al.,

11           Plaintiffs,                          No. 06-00212  EDL

12     v.                                    **ORDER GRANTING APPLICATION  TO**
                                             **APPEAR TELEPHONICALLY**
13   GENERAL STAR INDEMNITY
     COMPANY, et al.,
14
             Defendants.
15   _____/

16

17         On April 4, 2006, Plaintiffs' and Defendant's counsel filed a request to appear telephonically at

18   the initial case management conference set for April 18, 2006 at 10:00 a.m. Good cause appearing,

19   IT IS HEREBY ORDERED that the Request is GRANTED subject to the following caution.   The

20   court disfavors telephonic appearances because the technology prevents the court from addressing a

21   question to the parties or making a comment or ruling whenever any participant speaks at length.

22   Accordingly, the parties shall only speak in response to a direct question from the court and shall

23   pause at regular intervals to allow the court to comment on the information presented.  If the court

24   wishes a rebuttal from the opposing party, the court shall inform the party from whom information is

25   requested.  No party shall attempt to present information without a request from the court.  If the

26   parties cannot follow the rules set forth in this order, or at the first sign of improper decorum, the

27   telephonic appearance will be terminated and a new hearing date will be set for personal

28   appearances.

**United States District Court**
For the Northern District of California

1    Counsel shall stand by beginning at the date and time above until called by the Court.  No later

2  than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to

3  provide the Court with a direct dial number to call on for this appearance.

4

5  Dated: April 11, 2006

6    _Elizabeth D. Laporte_
     ELIZABETH D. LAPORTE
     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California