| | |
|---|---|
| 1 | SHERMAN C. LEE          State Bar No. 145765 |
| 2 | JANINE SCHIESS         State Bar No. 203791 |
|   | COLLIAU ELENIUS MURPHY CARLUCCIO KEENER & MORROW |
| 3 | 405 Howard Street |
|   | Suite 600 |
| 4 | San Francisco, California 94105 |
|   | Telephone:    (415) 932-7000 |
| 5 | Telecopier:    (415) 932-7001 |
| 6 | |
|   | Attorneys for Defendant and Counter-Complainant |
| 7 | TRANSPORTATION INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PACIFIC LUMBER COMPANY, a Delaware corporation; SCOTIA PACIFIC COMPANY LLC, a Delaware corporation; MAXXAM INC., a Delaware corporation; MAXXAM GROUP INC., a Delaware corporation; MAXXAM GROUP HOLDINGS INC., a Delaware corporation; CHARLES E. HURWITZ, an individual; GARY CLARK, an individual; JOHN CAMPBELL, an individual; and ROBERT MANNE, an individual, | ) CASE NO. C 060212 EDL ) ) [~~PROPOSED~~] AS MODIFIED ) **PRE-TRIAL SCHEDULE** ) ) ) ) The Honorable Elizabeth D. Laporte ) Courtroom E ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GENERAL STAR INDEMNITY COMPANY, a Connecticut corporation; TRANSPORTATION INSURANCE COMPANY, an Illinois corporation, | ) ) ) ) ) |
| Defendants. | ) ) |
| AND RELATED CROSS-ACTIONS | ) ) ) ) |

1    Pursuant to this Court's May 9, 2006 Minute Order, plaintiffs THE PACIFIC LUMBER
2    COMPANY, et al., defendants GENERAL STAR INDEMNITY COMPANY and
3    TRANSPORTATION INSURANCE COMPANY, and third-party defendant NATIONAL UNION
4    FIRE INSURANCE COMPANY OF PITTSBURGH, PA have met and conferred and hereby jointly
5    propose the following pretrial schedule in this action.
6    Plaintiffs have indicated that they intend to move for partial summary judgment against
7    defendants concerning their alleged duty to defend. The parties agree that the first phase of
8    discovery will address only duty to defend issues, and that all other remaining issues in this action
9    will be reserved for the second phase of discovery. Accordingly, the parties respectfully propose the
10   following schedule:

| | | |
|---|---|---|
| 1. | Disclosure of Expert Witnesses Solely With Respect to Duty to Defend Issues: | September 1, 2006 |
| 2. | Discovery Cut-Off Solely With Respect to Duty to Defend Issues: | September 15, 2006 |
| 3. | Completion of Expert Discovery Solely With Respect to Duty to Defend Issues: | October 2, 2006 |
| 4. | Deadline for Filing Cross-Motions for Partial Summary Judgment Solely With Respect to Duty to Defend Issues[1]/: | October ~~16~~ 17, 2006 |
| 5. | Deadline for Filing Oppositions to Cross-Motions for Partial Summary Judgment Solely With Respect to Duty to Defend Issues: | October ~~30~~ 31, 2006 |
| 6. | Deadline for Filing Reply Briefs in Support of Cross-Motions for Partial Summary Judgment Solely With Respect to Duty to Defend Issues: | November ~~13~~ 14, 2006 |
| 7. | Hearing on Cross-Motions for Partial Summary Judgment Solely With Respect to Duty to Defend Issues: | November ~~29~~ 28, 2006 |
| 8. | Mediation | Early November 2006 |

---

[1]   Third-party defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA reserves the right to file its own cross-motion for partial summary judgment solely with respect to duty to defend issues by this date, but shall not be obligated to do so.

| | | | |
|---|---|---|---|
| 9. | Initial Expert Witnesses Disclosure With Respect to Remaining Issues: | | January 12, 2007 |
| 10. | Rebuttal Expert Witnesses Disclosure With Respect to Remaining Issues: | | January 19, 2007 |
| 11. | Discovery Cut-Off With Respect to Remaining Issues: | | January 26, 2007 |
| 12. | Completion of Expert Discovery With Respect to Remaining Issues: | | February 9, 2007 |
| 13. | Deadline for Filing Dispositive Motions: | | February 20, 2007 |
| 14. | Last Day to Hear Dispositive Motions: | | March 27, 2007 |
| 15. | Pretrial Conference: | | June 5, 2007 |
| 16. | Trial: | | June 25, 2007 |

The parties reserve their respective rights to subsequently seek relief from, or an exception to, the foregoing proposed schedule for good cause showing.

Respectfully submitted,

Dated: May 19, 2006        STOEL RIVES LLP


By: /s/ Scott J. Kaplan
SCOTT J. KAPLAN
Attorneys for Plaintiffs
THE PACIFIC LUMBER COMPANY,
SCOTIA PACIFIC COMPANY LLC;
MAXXAM INC., MAXXAM GROUP INC.,
MAXXAM GROUP HOLDINGS INC.,
CHARLES E. HURWITZ, GARY CLARK
JOHN CAMPBELL and ROBERT MANNE

Dated: May 19, 2006        BARBANEL & TREUER, P.C.


By: /s/ Katy A. Nelson
KATY A. NELSON
Attorneys for Defendant
GENERAL STAR INDEMNITY COMPANY

Dated: May 19, 2006        COLLIAU ELENIUS MURPHY CARLUCCIO
                                        KEENER & MORROW

                           By: /s/ Sherman C. Lee
                               SHERMAN C. LEE
                               Attorneys for Defendant
                               TRANSPORTATION INSURANCE COMPANY


Dated: May 19, 2006        LEWIS BRISBOIS BISGAARD & SMITH LLP

                           By: /s/ Rebecca R. Weinreich (SCL)
                               REBECCA R. WEINREICH
                               Attorneys for Third Party Defendant
                               NATIONAL UNION FIRE INSURANCE
                               COMPANY OF PITTSBURGH, PA


## ORDER

The [~~Proposed~~] Pretrial Schedule is HEREBY ADOPTED by the Court and the parties are ORDERED to comply with this Order.

Dated: May 19, 2006        IT IS SO ORDERED
                           /s/ Elizabeth D. Laporte
                           THE HONORABLE ELIZABETH D. LAPORTE

---

## PROOF OF SERVICE

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action; my business address is Colliau Elenius Murphy Carluccio Keener & Morrow, Suite 600, 405 Howard Street, San Francisco, CA 94105.

On May 19, 2006, I served the foregoing document described as:

### [PROPOSED] PRE-TRIAL SCHEDULE

on the attorney(s) of record and/or interested parties in the case *The Pacific Lumber Co., et al. v. General Star Indem. Co., et al. and related cross-actions*, U.S.D.C., No. Dist. of Calif. No. 06-CV-00212 EDL, as follows:

### SEE ATTACHED SERVICE LIST

☐ **BY FACSIMILE TRANSMISSION.** By transmitting via facsimile machine to the parties listed above. The facsimile machine I used complied with ☐ *California Rules of Court, Rule 2003* ☒ *Federal Rule of Civil Procedure 4*, and the transmission was reported as complete, without error by a transmission report issued by the transmitting facsimile machine immediately upon completion of transmittal.

By placing ☒ a true copy ☐ the original thereof enclosed in sealed envelope(s) to the parties listed above and transmitting:

☒ **BY U.S. MAIL.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT CARRIER.** I delivered the foregoing documents to a courier or driver authorized by the overnight carrier to receive and transport documents for overnight delivery. I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight carrier. It is deposited with the overnight carrier on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL DELIVERY/COURIER SERVICE.** I caused such envelope(s) to be delivered by hand to the offices of the parties listed above by an employee or independent contractor of _____, a registered California process service.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 19, 2006, in the City and County of San Francisco, California.

*/s/ AMY KAUBA*

**THE PACIFIC LUMBER COMPANY ET AL V. GENERAL STAR INDEMNITY COMPANY ET AL**
**U.S. DIST. COURT, NO. DIST. OF CALIFORNIA, NO. :06-CV-00212 EDL**
**Service List**

| | |
|---|---|
| Scott Jonathan Kaplan<br>Stoel Rives LLP<br>900 SW Fifth Avenue, Suite 2600<br>Portland, OR 97204-1268<br>503-294-9318<br>503-294-9843 (fax)<br>sjkaplan@stoel.com | Attorneys for Plaintiffs/Counter-Defendants<br>THE PACIFIC LUMBER COMPANY,<br>SCOTIA PACIFIC COMPANY LLC;<br>MAXXAM INC., MAXXAM GROUP, INC.,<br>CHARLES E. HURWITZ, GARY CLARK,<br>JOHN CAMPBELL and ROBERT MANNE |
| Andrew F. Brimmer<br>Sarah F Peterman<br>Stoel Rives LLP<br>111 Sutter Street, Suite 700<br>San Francisco, CA 94104<br>415-617-8900<br>415-676-3000 (fax)<br>afbrimmer@stoel.com<br>sfpeterman@stoel.com | Attorneys for Plaintiffs/Counter-Defendants<br>THE PACIFIC LUMBER COMPANY,<br>SCOTIA PACIFIC COMPANY LLC;<br>MAXXAM INC., MAXXAM GROUP, INC.,<br>CHARLES E. HURWITZ, GARY CLARK,<br>JOHN CAMPBELL and ROBERT MANNE |
| Alan H. Barbanel<br>Katy A. Nelson<br>Barbanel & Treuer<br>1925 Century Park East<br>Suite 350<br>Los Angeles, CA 90067<br>310-282-8088<br>310-282-8779 (fax)<br>knelson@btlawla.com | Attorneys for Defendants<br>GENERAL STAR INDEMNITY COMPANY |
| Rebecca R. Weinreich<br>Lewis Brisbois Bisgaard & Smith LLP<br>221 North Figueroa Street, 12th Floor<br>Los Angeles, CA 90012<br>213-250-1800<br>213-481-0621 (Fax) | Attorneys for Third Party Defendant<br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA |

SERVICE LIST - 1