**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LUMBER COMPANY, et al., | No. C-06-00212 EDL |
| Plaintiffs, | **ORDER DENYING DEFENDANTS' MOTIONS FOR PROTECTIVE ORDERS RE PALCO'S NOTICES OF DEPOSITION** |
| v. | |
| GENERAL STAR INDEMNITY COMPANY, et al., | |
| Defendants.           / | |
| AND RELATED ACTIONS.           / | |

Defendant General Star Indemnity Company's and Defendant Transportation Insurance Company's Motions for Protective Orders as to The Pacific Lumber Company's ("PALCO") notices of 30(b)(6) depositions and notice for the deposition of Mary Pat DeChant came on for hearing before the Honorable Elizabeth D. Laporte in Department E on September 19, 2006 at 9:00 a.m. The parties were represented by counsel of record at the hearing.

After full consideration of all of the papers and exhibits filed by the parties, and for the reasons stated at the hearing, the Court finds that there is insufficient cause to issue a protective order precluding PALCO from the taking of the depositions of Mary Pat DeChant, and insufficient cause to issue a protective order precluding PALCO from the taking of the depositions of Transportation Insurance Company's and General Star Indemnity Company's persons most knowledgeable.

Defendants' motions for protective orders are therefore DENIED.  The depositions noticed by plaintiff may go forward on or before October 11, 2006.

**IT IS SO ORDERED.**

Dated: September 19, 2006                    *Elizabeth D. Laporte*

                                                     ELIZABETH D. LAPORTE

                                                   United States Magistrate Judge