SHERMAN C. LEE State Bar No. 145765
JANINE SCHIESS State Bar No. 203791
COLLIAU ELENIUS MURPHY CARLUCCIO KEENER & MORROW
405 Howard Street
Suite 600
San Francisco, California 94105
Telephone: (415) 932-7000
Telecopier: (415) 932-7001

Attorneys for Defendant and Counter-Complainant
TRANSPORTATION INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PACIFIC LUMBER COMPANY, a Delaware corporation; SCOTIA PACIFIC COMPANY LLC, a Delaware corporation; MAXXAM INC., a Delaware corporation; MAXXAM GROUP INC., a Delaware corporation; MAXXAM GROUP HOLDINGS INC., a Delaware corporation; CHARLES E. HURWITZ, an individual; GARY CLARK, an individual; JOHN CAMPBELL, an individual; and ROBERT MANNE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL STAR INDEMNITY COMPANY, a Connecticut corporation; TRANSPORTATION INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. C 060212 EDL<br><br>~~[PROPOSED]~~<br>**AMENDED PRE-TRIAL SCHEDULE**<br><br>The Honorable Elizabeth D. Laporte<br>Courtroom E |

Pursuant to this Court's September 19, 2006 Minute Order, plaintiffs THE PACIFIC LUMBER COMPANY, et al., defendants GENERAL STAR INDEMNITY COMPANY and TRANSPORTATION INSURANCE COMPANY, and third-party defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA hereby jointly propose the following amended pretrial schedule in this action.

The parties seek to amend the pre-trial schedule as it concerns duty to defend issues to permit plaintiffs to complete discovery regarding such issues. The parties also seek to amend certain other dates (which do not concern duty to defend issues) to permit the parties to address the manner in which discovery regarding, and litigation of, indemnity issues[1]/ and bad faith issues are proceeding concurrently with the three underlying liability lawsuits at issue. The parties request amendment of the existing schedule to permit adequate time for discovery and litigation of indemnity issues, in the event that such discovery and litigation can proceed before the previously-scheduled trial date[2]/.

Accordingly, the parties respectfully propose the following schedule:

1. Disclosure of Expert Witnesses Solely With Respect to Duty to Defend Issues: September 1, 2006

2. Discovery Cut-Off Solely With Respect to Depositions Identified in the Court's September 19, 2006 Order: October 25, 2006 (Previously October 11, 2006)

3. Completion of Expert Discovery Solely With Respect to Duty to Defend Issues: October 27, 2006 (Previously October 2, 2006)

4. Deadline for Filing Cross-Motions for Partial Summary Judgment Solely With Respect to Duty to Defend Issues[3]/: November 3, 2006 (Previously October 17, 2006)

---

[1] Plaintiffs maintain that it is premature to litigate indemnity and that such litigation may prejudice their defense of the underlying cases. Defendants disagree.

[2] Should the Court so desire, the parties can provide a supplemental report or statement addressing the discovery and litigation of the indemnity issues in this action.

[3] Third-party defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA reserves the right to file its own cross-motion for partial summary judgment solely with respect to duty to defend issues by this date, but shall not be obligated to do so.

5. Deadline for Filing Oppositions to Cross-Motions for Partial Summary Judgment Solely With Respect to Duty to Defend Issues: November 17, 2006
(Previously October 31, 2006)

6. Deadline for Filing Reply Briefs in Support of Cross-Motions for Partial Summary Judgment Solely With Respect to Duty to Defend Issues: December 1, 2006
(Previously November 14, 2006)

7. Hearing on Cross-Motions for Partial Summary Judgment Solely With Respect to Duty to Defend Issues: December 12, 2006
(Previously November 28, 2006)

8. Initial Expert Witnesses Disclosure With Respect to Remaining Issues: February 9, 2007 ~~February 12, 2007~~
(Previously January 12, 1007)

9. Rebuttal Expert Witnesses Disclosure With Respect to Remaining Issues: February 16, 2007 ~~February 19, 2007~~
(Previously January 19, 2007)

10. Discovery Cut-Off With Respect to Remaining Issues: February 20, 2007 ~~February 26, 2007~~
(Previously January 26, 2007)

11. Mediation Late February 2007 ~~Early March 2007~~
(Previously early November 2006)

12. Completion of Expert Discovery With Respect to Remaining Issues: March 2, 2007 ~~March 9, 2007~~
(Previously February 9, 2007)

13. Deadline for Filing Dispositive Motions: March 6, 2007 ~~March 20, 2007~~
(Previously February 20, 2007)

14. Last Day to Hear Dispositive Motions: April 13, 2007 ~~April 27, 2007~~
(Previously March 27, 2007)

15. Pretrial Conference: June 5, 2007

16. Trial: June 25, 2007

The parties reserve their respective rights to subsequently seek relief from, or an exception to, the foregoing proposed schedule for good cause showing.

Respectfully submitted,

Dated: September 22, 2006

STOEL RIVES LLP

By: Scott J. Kaplan (CL)
SCOTT J. KAPLAN
Attorneys for Plaintiffs
THE PACIFIC LUMBER COMPANY, SCOTIA PACIFIC COMPANY LLC; MAXXAM INC., MAXXAM GROUP INC., MAXXAM GROUP HOLDINGS INC., CHARLES E. HURWITZ, GARY CLARK JOHN CAMPBELL and ROBERT MANNE

Dated: September 22, 2006

BARBANEL & TREUER, P.C.

By: Katy A. Nelson (CL)
KATY A. NELSON
Attorneys for Defendant
GENERAL STAR INDEMNITY COMPANY

Dated: September 22, 2006

COLLIAU ELENIUS MURPHY CARLUCCIO KEENER & MORROW

By: Sherman C. Lee
SHERMAN C. LEE
Attorneys for Defendant
TRANSPORTATION INSURANCE COMPANY

Dated: September ___, 2006

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ______________________
REBECCA R. WEINREICH
Attorneys for Third Party Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Respectfully submitted,

Dated: September ___, 2006

STOEL RIVES LLP

By: ______________________________
SCOTT J. KAPLAN
Attorneys for Plaintiffs
THE PACIFIC LUMBER COMPANY,
SCOTIA PACIFIC COMPANY LLC;
MAXXAM INC., MAXXAM GROUP INC.,
MAXXAM GROUP HOLDINGS INC.,
CHARLES E. HURWITZ, GARY CLARK
JOHN CAMPBELL and ROBERT MANNE

Dated: September ___, 2006

BARBANEL & TREUER, P.C.

By: ______________________________
KATY A. NELSON
Attorneys for Defendant
GENERAL STAR INDEMNITY COMPANY

Dated: September ___, 2006

COLLIAU ELENIUS MURPHY CARLUCCIO KEENER & MORROW

By: ______________________________
SHERMAN C. LEE
Attorneys for Defendant
TRANSPORTATION INSURANCE COMPANY

Dated: September 21, 2006

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ______________________________
REBECCA R. WEINREICH
Attorneys for Third Party Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

C:\Documents and Settings\rebecca\Local Settings\Temp\XPGRPWISE\03PL012.doc
~~[PROPOSED]~~ AMENDED PRETRIAL SCHEDULE
4

**ORDER**

The ~~[Proposed]~~ Amended Pretrial Schedule is HEREBY ADOPTED by the Court and the parties are ORDERED to comply with this Order.

Dated: ~~September~~ October 2 ___, 2006

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte

THE HONORABLE ELIZABETH D. LAPORTE