ALAN H. BARBANEL (Cal Bar No. 108196)
KATY A. NELSON (Cal Bar No. 173759)
BARBANEL & TREUER, P.C.
1925 Century Park East, Suite 350
Los Angeles, California 90067
(310) 282-8088 - Telephone
(310) 282-8779 – Facsimile
abarbanel@btlawla.com
knelson@btlawla.com

Attorneys for Defendant, Counterclaimant,
Cross-Claimant and Third-Party Plaintiff
GENERAL STAR INDEMNITY
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PACIFIC LUMBER COMPANY, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL STAR INDEMNITY COMPANY, et al.,<br><br>Defendant.<br><br>AND RELATED ACTIONS | CASE NO. C-06 0212 EDL<br><br>Trial Date: June 25, 2007<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING DATE OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>Old Date: December 12, 2006<br>New Date: December 19, 2006<br>Time: 9:00 a.m.<br>Dept.: E<br>Judge: Hon. Elizabeth Laporte<br>450 Golden Gate Avenue<br>San Francisco |

Defendant General Star Indemnity Company ("GSIC") seeks to continue the date of the hearing of the parties' cross motions for Partial Summary Judgment, set for December 12, 2006, to December 19, 2006. Additionally, GSIC seeks to continue the hearing of related motions filed by plaintiffs, Motion to Strike and Motions in Strike/Motions in Limine, which were previously scheduled for December 12, 2006, to December 19, 2006. No party opposes this continuance.

Good cause exists to continue the hearing date from December 12, 2006 to

December 19, 2006, as set forth in the Declaration of Katy A. Nelson, filed concurrently with this Stipulation. Accordingly,

    IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that, the hearing of the parties' Cross-Motions for Partial Summary Judgment and plaintiffs' Motion to Strike and Motions to Strike/Motions in Limine, is continued from December 12, 2006 to December 19, 2006.

    IT IS FURTHER STIPULATED that counsel for National Union Fire Company may telephonically appear at the hearing on these motions.

DATED: November 20, 2006    STOEL RIVES LLP

By: _____
SCOTT J. KAPLAN
Attorneys for Attorneys for Plaintiffs The Pacific Lumber Company, Scotia Pacific Company LLC, Scotia Pacific Holding Company, Maxxam Inc., Maxxam Group, Inc., Maxxam Group Holdings Inc., Charles E. Hurwitz, Gary Clark, John Campbell and Robert Manne

DATED: November 20, 2006    BARBANEL & TREUER, P.C.
ALAN H. BARBANEL
KATY A. NELSON

By: _____
KATY A. NELSON
Attorneys for Defendant, Counterclaimant, Cross-Claimant and Third-Party Plaintiff GENERAL STAR INDEMNITY COMPANY

| | | |
|---|---|---|
| 1 | DATED: November 20, 2006 | COLLIAU ELENIUS MURPHY CARLUCCIO KEENER & MORROW |

By: *Sherman C. Lee*
SHERMAN C. LEE
Attorneys for Defendant and Cross-Claimant
TRANSPORTATION INSURANCE
COMPANY

IT IS ORDERED

DATED: November 21, 2006

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

Barbanel & Treuer, P.C.
ATTORNEYS AT LAW
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel (310) 282-8088 • Fax (310) 282-8779

125094.1