IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LUMBER COMPANY, et al., | No. C-06-00212 EDL |
| Plaintiffs, | **ORDER VACATING PENDING PRETRIAL AND TRIAL DATES** |
| v. | |
| GENERAL STAR INDEMNITY COMPANY, et al., | |
| Defendants. / | |

In light of the bankruptcy petition filed in this matter on January 19, 2007, and with the agreement of the parties, the Court VACATES the pending pretrial deadlines and trial date. A further case management conference is scheduled for April 17, 2007 at 10:00 a.m. The parties shall submit an updated joint case management statement no later than April 10, 2007,

**IT IS SO ORDERED.**

Dated: February 8, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge