1  SCOTT J. KAPLAN (#143478)
   ANDREW F. BRIMMER (#179146)
2  STOEL RIVES LLP
   111 Sutter Street, Suite 700
3  San Francisco, CA 94104
   Telephone: (415) 617-8900
4  Facsimile: (415) 676-3000

5  Attorneys for Plaintiffs/Counter-Defendants
   THE PACIFIC LUMBER COMPANY,
6  SCOTIA PACIFIC COMPANY LLC;
   MAXXAM INC., MAXXAM GROUP INC.,
7  MAXXAM GROUP HOLDINGS INC.,
   CHARLES E. HURWITZ, GARY CLARK
8  JOHN CAMPBELL and ROBERT MANNE

9  ALAN H. BARBANEL (#108196)
   KATY A. NELSON (#173759)
10 ALEX H. AHARONIAN (#231850)
   BARBANEL & TREUER, P.C.
11 1925 Century Park East, Suite 350
   Los Angeles, CA 90067
12 Telephone: (310) 282-8088
   Facsimile: (310) 282-8779
13
   Attorneys for Defendant, Counterclaimant,
14 Cross-Claimant and Third-Party Plaintiff
   GENERAL STAR INDEMNITY COMPANY
15
   SHERMAN C. LEE (#145765)
16 JANINE SCHIESS (#203791)
   COLLIAU ELENIUS MURPHY CARLUCCIO
17 KEENER & MORROW
   405 Howard Street, Suite 600
18 San Francisco, CA 94105
   Telephone: (415) 932-7000
19 Facsimile: (415) 932-7001

20 Attorneys for Defendant and
   Counter-Complainant
21 TRANSPORTATION INSURANCE
   COMPANY
22
   REBECCA R. WEINREICH (#155684)
23 LEWIS BRISBOIS BISGAARD & SMITH LLP
   221 North Figueroa Street, 12th Floor
24 Los Angeles, CA 90012
   Telephone: (213) 250-1800
25 Facsimile: (213) 481-0621

26
   Attorneys for Third-Party Defendant
27 NATIONAL UNION FIRE INSURANCE
   COMPANY OF PITTSBURGH, PA
28

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

JOINT CASE MANAGEMENT STATEMENT     -1-                    C-06 0212 EDL
AND PROPOSED ORDER

Portlnd3-1580897.1 0092236-00046

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PACIFIC LUMBER COMPANY, a Delaware corporation; SCOTIA PACIFIC COMPANY LLC, a Delaware corporation; MAXXAM INC., a Delaware corporation; MAXXAM GROUP INC., a Delaware corporation; MAXXAM GROUP HOLDINGS INC., a Delaware corporation; CHARLES E. HURWITZ, an individual; GARY CLARK, an individual; JOHN CAMPBELL, an individual; and ROBERT MANNE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL STAR INDEMNITY COMPANY, a Connecticut corporation; TRANSPORTATION INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | Case No. C-06 0212 EDL<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND ▮▮▮▮▮ ORDER**<br><br>Date: April 10, 2007<br>Judge: Honorable Elizabeth Laporte |
| TRANSPORTATION INSURANCE COMPANY, an Illinois corporation,<br><br>Counter-Complainant,<br><br>v.<br><br>THE PACIFIC LUMBER COMPANY, a Delaware corporation; SCOTIA PACIFIC COMPANY LLC, a Delaware corporation; MAXXAM INC., a Delaware corporation; MAXXAM GROUP INC., a Delaware corporation; MAXXAM GROUP HOLDINGS INC., a Delaware corporation; CHARLES E. HURWITZ, an individual; GARY CLARK, an individual; JOHN CAMPBELL, an individual; ROBERT MANNE, an individual; and DOES 1 TO 25,<br><br>Counter-Defendants. | |
| GENERAL STAR INDEMNITY COMPANY, a Connecticut corporation, | |

|   |
|---|
| Third-Party Plaintiff, |
| v. |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, |
| Third-Party Defendant. |

Pursuant to the Court's Order of February 8, 2007, the parties to this action jointly submit this Supplemental Case Management Statement and Proposed Order.

The parties have consented to trial before Magistrate Judge Laporte. Discovery among plaintiffs and defendants has been completed and plaintiffs' and defendants' summary judgment motions briefed and filed. (The parties have agreed that third-party defendant National Union Fire Insurance Company of Pittsburgh, PA need not file its motion for summary judgment against defendants General Star Indemnity Company and Transportation Insurance Company, if at all, until after the disputes among plaintiffs and defendants have been adjudicated.) At oral argument on December 19, 2006, the Court requested additional summary judgment submissions be filed. However, before those submissions were filed, on January 18, 2007, plaintiffs and counter-defendants The Pacific Lumber Company and Scotia Pacific Company, LLC filed for Chapter 11 bankruptcy protection in the U.S. Bankruptcy Court for the Southern District of Texas, case numbers 07-20028-C-11 and 70-20032-C-11. The bankruptcy is a complex one involving six related companies and is in its early stages.

In this action, plaintiffs seek insurance coverage for certain lawsuits filed against them in the Humboldt County Superior Court, referenced during these proceedings as the *Cave*, *Cook* and *Johnson* actions. These actions have been stayed pursuant to 11 U.S.C. § 362(a). It is not yet known how, if at all, these actions will proceed against either the debtor or nondebtor defendants, plaintiffs herein. Consequently, in the interests of justice, judicial economy and the conservation of the parties' resources, the parties hereby request that this action be stayed for a period of 180 days, after which the parties will report back to the Court about the status of the bankruptcy and whether the stay should be lifted or continued.

1  The undersigned counsel for plaintiffs/counter-defendants is in the process of being
2  retained by the bankruptcy estate but has not yet been retained. Counsel states that he has
3  consulted with management of the debtors-in-possession, who concur with the request for the
4  stay.

5  DATED: April 10, 2007       STOEL RIVES LLP

6
7                              By:_____
                                   SCOTT J. KAPLAN
8                                  Attorneys for Plaintiffs/Counter-Defendants
                                   THE PACIFIC LUMBER COMPANY,
                                   SCOTIA PACIFIC COMPANY LLC;
9                                  MAXXAM INC., MAXXAM GROUP INC.,
                                   MAXXAM GROUP HOLDINGS INC.,
10                                 CHARLES E. HURWITZ, GARY CLARK
                                   JOHN CAMPBELL and ROBERT MANNE
11
    DATED: April 10, 2007       COLLIAU ELENIUS MURPHY CARLUCCIO
12                              KEENER & MORROW

13
14                              By:_____ for
                                   SHERMAN C. LEE
15                                 Attorneys for Defendant and
                                   Counter-Complainant TRANSPORTATION
                                   INSURANCE COMPANY
16
    DATED: April 10, 2007       BARBANEL & TREUER, P.C.
17
18                              By:_____ for
                                   ALAN H. BARBANEL
19                                 Attorneys for Defendant, Counterclaimant,
                                   Cross-Claimant and Third-Party Plaintiff
20                                 GENERAL STAR INDEMNITY
                                   COMPANY
21
    DATED: April 10, 2007       LEWIS BRISBOIS BISGAARD & SMITH LLP
22
23                              By:_____ for
                                   REBECCA R. WEINREICH (#155684)
24                                 Attorneys for Third-Party Defendant
                                   NATIONAL UNION FIRE INSURANCE
25                                 COMPANY OF PITTSBURGH, PA

26  / / / / /
27  / / / / /
28

JOINT CASE MANAGEMENT STATEMENT
AND PROPOSED ORDER                           -4-                              C-06 0212 EDL

Portlnd3-1580897.1 0092236-00046

## ORDER

This action is stayed until further order from the Court. Counsel shall submit a further joint status report to the Court no later than  October 9 , 2007.

Dated: April 12 , 2007

_____
THE HONORABLE ELIZABETH D. LAPORTE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER -5- C-06 0212 EDL