1    SCOTT J. KAPLAN (#143478)
     ANDREW F. BRIMMER (#179146)
2    STOEL RIVES LLP
     900 SW Fifth Avenue, Suite 2600
3    Portland, OR  97204
     Telephone:  (503) 224-3380
4    Facsimile:  (503) 220-2480

5    Attorneys for Plaintiffs/Counter-Defendants
     THE PACIFIC LUMBER COMPANY,
6    SCOTIA PACIFIC COMPANY LLC;
     MAXXAM INC., MAXXAM GROUP INC.,
7    MAXXAM GROUP HOLDINGS INC.,
     CHARLES E. HURWITZ, GARY CLARK
8    JOHN CAMPBELL and ROBERT MANNE

9    ALAN H. BARBANEL (#108196)
     KATY A. NELSON (#173759)
10   ALEX H. AHARONIAN (#231850)
     BARBANEL & TREUER, P.C.
11   1925 Century Park East, Suite 350
     Los Angeles, CA  90067
12   Telephone:  (310) 282-8088
     Facsimile:  (310) 282-8779
13
     Attorneys for Defendant, Counterclaimant,
14   Cross-Claimant and Third-Party Plaintiff
     GENERAL STAR INDEMNITY COMPANY
15
     SHERMAN C. LEE (#145765)
16   JANINE SCHIESS (#203791)
     COLLIAU ELENIUS MURPHY CARLUCCIO
17   KEENER & MORROW
     405 Howard Street, Suite 600
18   San Francisco, CA  94105
     Telephone:  (415) 932-7000
19   Facsimile:  (415) 932-7001

20   Attorneys for Defendant and
     Counter-Complainant
21   TRANSPORTATION INSURANCE
     COMPANY
22
     REBECCA R. WEINREICH (#155684)
23   LEWIS BRISBOIS BISGAARD & SMITH LLP
     221 North Figueroa Street, 12th Floor
24   Los Angeles, CA  90012
     Telephone:  (213) 250-1800
25   Facsimile:  (213) 481-0621
26
     Attorneys for Third-Party Defendant
27   NATIONAL UNION FIRE INSURANCE
     COMPANY OF PITTSBURGH, PA
28

Stoel Rives LLP
Attorneys At Law
Portland

JOINT CASE MANAGEMENT STATEMENT          -1-                    C-06 0212 EDL
AND PROPOSED ORDER

Portlnd3-1601756.1 0092236-00046

1                         UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                      SAN FRANCISCO DIVISION

| | |
|---|---|
| 4   THE PACIFIC LUMBER COMPANY, a | Case No. C-06 0212 EDL |
| 5   Delaware corporation; SCOTIA PACIFIC COMPANY LLC, a Delaware corporation; | **SECOND SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT** |
| 6   MAXXAM INC., a Delaware corporation; MAXXAM GROUP INC., a Delaware | **AND ~~PROPOSED~~ ORDER** |
| 7   corporation; MAXXAM GROUP HOLDINGS INC., a Delaware corporation; CHARLES E. | Date:       October 9, 2007 |
| 8   HURWITZ, an individual; GARY CLARK, an individual; JOHN CAMPBELL, an individual; | Judge:      Honorable Elizabeth Laporte |
|       and ROBERT MANNE, an individual, | |
| 9 | |
| 10              Plaintiffs, | |
| 11       v. | |
| 12   GENERAL STAR INDEMNITY COMPANY, a Connecticut corporation; | |
| 13   TRANSPORTATION INSURANCE COMPANY, an Illinois corporation, | |
| 14             Defendants. | |
| 15 | |
| 16   TRANSPORTATION INSURANCE COMPANY, an Illinois corporation, | |
| 17            Counter-Complainant, | |
| 18       v. | |
| 19   THE PACIFIC LUMBER COMPANY, a Delaware corporation; SCOTIA PACIFIC | |
| 20   COMPANY LLC, a Delaware corporation; MAXXAM INC., a Delaware corporation; | |
| 21   MAXXAM GROUP INC., a Delaware corporation; MAXXAM GROUP HOLDINGS | |
| 22   INC., a Delaware corporation; CHARLES E. HURWITZ, an individual; GARY CLARK, an | |
| 23   individual; JOHN CAMPBELL, an individual; ROBERT MANNE, an individual; and DOES 1 | |
| 24   TO 25, | |
| 25           Counter-Defendants. | |
| 26 | |
| 27   GENERAL STAR INDEMNITY COMPANY, a Connecticut corporation, | |
| 28 | |

Stoel Rives LLP
Attorneys At Law
Portland

SECOND SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT AND PROPOSED
ORDER

-2-

C-06 0212 EDL

Portlnd3-1601756.1 0092236-00046

Third-Party Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, a
Pennsylvania corporation,

Third-Party Defendant.

Pursuant to the Court's Order of April 12, 2007, the parties to this action jointly submit this Second Supplemental Case Management Statement and Proposed Order.

The parties have consented to trial before Magistrate Judge Laporte. Discovery among plaintiffs and defendants has been completed, and plaintiffs' and defendants' summary judgment motions briefed and filed. (The parties have agreed that third-party defendant National Union Fire Insurance Company of Pittsburgh, PA need not file its motion for summary judgment against defendants General Star Indemnity Company and Transportation Insurance Company, if at all, until after the disputes among plaintiffs and defendants have been adjudicated.) At oral argument on December 19, 2006, the Court requested additional summary judgment submissions be filed. However, before those submissions were filed, on January 18, 2007, plaintiffs and counter-defendants The Pacific Lumber Company ("PALCO") and Scotia Pacific Company, LLC ("Scotia") filed for Chapter 11 bankruptcy protection in the U.S. Bankruptcy Court for the Southern District of Texas, Corpus Christi Division, case numbers 07-20028-C-11 and 70-20032-C-11 (jointly administered under case number 07-20027-C-11). The bankruptcy is a complex one involving six related companies and hundreds of creditors and remains pending.

In this action, plaintiffs seek insurance coverage for certain lawsuits filed against them in Humboldt County Superior Court, referenced during these proceedings as the *Cave*, *Cook* and *Johnson* actions. Those actions have been stayed pursuant to the bankruptcy automatic stay, 11 U.S.C. § 362(a). It is not yet known how, if at all, those actions will proceed against either the debtor or nondebtor defendants, plaintiffs herein, although all the *Cave*, *Cook* and *Johnson* plaintiffs have filed proofs of claims in the bankruptcy cases in Corpus Christi.

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

SECOND SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT AND PROPOSED
ORDER

-3-

C-06 0212 EDL

Portlnd3-1601756.1 0092236-00046

1    Because of the complexity and number of outstanding issues in their bankruptcies,

2    PALCO and Scotia did not obtain bankruptcy court approval of counsel to represent them in this

3    action until September 28, 2007, pursuant to the Order of the Bankruptcy Court attached hereto as

4    Exhibit 1.  Consequently, counsel has only recently been able to confer with the debtors'

5    bankruptcy counsel to develop a strategy for this action in coordination with the bankruptcy cases

6    and the underlying *Cave*, *Cook* and *Johnson* actions.

7    PALCO and Scotia believe this action is stayed by the bankruptcy automatic stay due to

8    the counterclaim against them but understand that the defendants may dispute that the automatic

9    stay applies.  Nevertheless, all the parties agreed that a short additional abatement period for this

10    action would be beneficial to all parties.

11    Consequently, in the interests of justice, judicial economy and the conservation of the

12    parties' resources, the parties hereby request that this action be stayed for a period of an

13    additional 90 days, after which the parties will report back to the Court about the status of the

14    bankruptcy and whether the stay should be lifted or continued.

16    DATED:  October 9, 2007.          STOEL RIVES LLP

17                                      By: /s/
18                                         SCOTT J. KAPLAN
                                          Attorneys for Plaintiffs/Counter-Defendants
19                                         THE PACIFIC LUMBER COMPANY,
                                          SCOTIA PACIFIC COMPANY LLC;
20                                         MAXXAM INC., MAXXAM GROUP INC.,
                                          MAXXAM GROUP HOLDINGS INC.,
21                                         CHARLES E. HURWITZ, GARY CLARK
                                          JOHN CAMPBELL and ROBERT MANNE

22    DATED:  October 9, 2007.          COLLIAU ELENIUS MURPHY CARLUCCIO
23                                         KEENER & MORROW

24                                      By: /s/
25                                         SHERMAN C. LEE
                                          Attorneys for Defendant and
26                                          Counter-Complainant TRANSPORTATION
                                          INSURANCE COMPANY

27

28

5TOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

SECOND SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT AND PROPOSED          -4-                    C-06 0212 EDL
ORDER

Portlnd3-1601756.1 0092236-00046

DATED:  October 9, 2007.

BARBANEL & TREUER, P.C.

By: /s/
KATY NELSON
Attorneys for Defendant, Counterclaimant,
Cross-Claimant and Third-Party Plaintiff
GENERAL STAR INDEMNITY
COMPANY

DATED:  October 9, 2007.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/
REBECCA R. WEINREICH (#155684)
Attorneys for Third-Party Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

## DECLARATION REGARDING SIGNATURES

I, Scott J. Kaplan, declare under penalty of perjury that I obtained concurrence to file this document from each of the other signatories to this document.

/s/
Scott J. Kaplan

## ORDER

This action is stayed until further order from the Court.  Counsel shall submit a further joint status report to the Court no later than ___January 10___, 2008.

Dated: ___October 10___, 2007

_Elizabeth D. Laporte_
THE HONORABLE ELIZABETH D. LAPORTE

5TOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

SECOND SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT AND PROPOSED
ORDER

-5-

C-06 0212 EDL

Portlnd3-1601756.1 0092236-00046