1  SCOTT J. KAPLAN (#143478)
   ANDREW F. BRIMMER (#179146)
2  STOEL RIVES LLP
   900 SW Fifth Avenue, Suite 2600
3  Portland, OR  97204
   Telephone:  (503) 224-3380
4  Facsimile:  (503) 220-2480

5  Attorneys for Plaintiffs/Counter-Defendants
   THE PACIFIC LUMBER COMPANY,
6  SCOTIA PACIFIC COMPANY LLC;
   MAXXAM INC., MAXXAM GROUP INC.,
7  MAXXAM GROUP HOLDINGS INC.,
   CHARLES E. HURWITZ, GARY CLARK
8  JOHN CAMPBELL and ROBERT MANNE

9  ALAN H. BARBANEL (#108196)
   KATY A. NELSON (#173759)
10 ALEX H. AHARONIAN (#231850)
   BARBANEL & TREUER, P.C.
11 1925 Century Park East, Suite 350
   Los Angeles, CA  90067
12 Telephone:  (310) 282-8088
   Facsimile:  (310) 282-8779
13
   Attorneys for Defendant, Counterclaimant,
14 Cross-Claimant and Third-Party Plaintiff
   GENERAL STAR INDEMNITY COMPANY
15
   SHERMAN C. LEE (#145765)
16 JANINE SCHIESS (#203791)
   COLLIAU ELENIUS MURPHY CARLUCCIO
17 KEENER & MORROW
   405 Howard Street, Suite 600
18 San Francisco, CA  94105
   Telephone:  (415) 932-7000
19 Facsimile:  (415) 932-7001

20 Attorneys for Defendant and
   Counter-Complainant
21 TRANSPORTATION INSURANCE
   COMPANY
22
   REBECCA R. WEINREICH (#155684)
23 LEWIS BRISBOIS BISGAARD & SMITH LLP
   221 North Figueroa Street, 12th Floor
24 Los Angeles, CA  90012
   Telephone:  (213) 250-1800
25 Facsimile:  (213) 481-0621

26
   Attorneys for Third-Party Defendant
27 NATIONAL UNION FIRE INSURANCE
   COMPANY OF PITTSBURGH, PA

28

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

THIRD SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT AND PROPOSED     -1-                    C-06 0212 EDL
ORDER
Portlnd3-1611869.1 0092236-00046

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PACIFIC LUMBER COMPANY, a Delaware corporation; SCOTIA PACIFIC COMPANY LLC, a Delaware corporation; MAXXAM INC., a Delaware corporation; MAXXAM GROUP INC., a Delaware corporation; MAXXAM GROUP HOLDINGS INC., a Delaware corporation; CHARLES E. HURWITZ, an individual; GARY CLARK, an individual; JOHN CAMPBELL, an individual; and ROBERT MANNE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL STAR INDEMNITY COMPANY, a Connecticut corporation; TRANSPORTATION INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | Case No. C-06 0212 EDL<br><br>**THIRD SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER**<br><br>Judge:    Honorable Elizabeth Laporte |

TRANSPORTATION INSURANCE COMPANY, an Illinois corporation,

Counter-Complainant,

v.

THE PACIFIC LUMBER COMPANY, a Delaware corporation; SCOTIA PACIFIC COMPANY LLC, a Delaware corporation; MAXXAM INC., a Delaware corporation; MAXXAM GROUP INC., a Delaware corporation; MAXXAM GROUP HOLDINGS INC., a Delaware corporation; CHARLES E. HURWITZ, an individual; GARY CLARK, an individual; JOHN CAMPBELL, an individual; ROBERT MANNE, an individual; and DOES 1 TO 25,

Counter-Defendants.

GENERAL STAR INDEMNITY COMPANY, a Connecticut corporation,

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

THIRD SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

Portlnd3-1611869.1 0092236-00046

-2-

C-06 0212 EDL

|   |   |
|---|---|
| 1 | Third-Party Plaintiff, |
| 2 | |
| 3 | v. |
| 4 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, |
| 5 | |
| 6 | Third-Party Defendant. |

7   Pursuant to the Court's Order of April 12, 2007, the parties to this action jointly submit

8   this Second Supplemental Case Management Statement and Proposed Order.

9   The parties have consented to trial before Magistrate Judge Laporte. Discovery among

10  plaintiffs and defendants has been completed, and plaintiffs' and defendants' summary judgment

11  motions briefed and filed. (The parties have agreed that third-party defendant National Union

12  Fire Insurance Company of Pittsburgh, PA need not file its motion for summary judgment against

13  defendants General Star Indemnity Company and Transportation Insurance Company, if at all,

14  until after the disputes among plaintiffs and defendants have been adjudicated.) At oral argument

15  on December 19, 2006, the Court requested additional summary judgment submissions be filed.

16  However, before those submissions were filed, on January 18, 2007, plaintiffs and counter-

17  defendants The Pacific Lumber Company ("PALCO") and Scotia Pacific Company, LLC

18  ("Scotia") filed for Chapter 11 bankruptcy protection in the U.S. Bankruptcy Court for the

19  Southern District of Texas, Corpus Christi Division, case numbers 07-20028-C-11 and 70-20032-

20  C-11 (jointly administered under case number 07-20027-C-11). The bankruptcy is a complex one

21  involving six related companies and hundreds of creditors and remains pending.

22  In this action, plaintiffs seek insurance coverage for certain lawsuits filed against them in

23  Humboldt County Superior Court, referenced during these proceedings as the *Cave*, *Cook* and

24  *Johnson* actions. Those actions have been stayed pursuant to the bankruptcy automatic stay,

25  11 U.S.C. § 362(a). The *Cave*, *Cook* and *Johnson* plaintiffs have filed proofs of claims in the

26  bankruptcy cases in Corpus Christi., Texas

27  In the interest of having a confirmed Plan of Reorganization in place, the U.S. Bankruptcy

28  Court has set an expedited scheduling for hearing on the debtors' Motion to Estimate the *Cave*,

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

THIRD SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT AND PROPOSED
ORDER                                          -3-                                  C-06 0212 EDL

Portlnd3-1611869.1 0092236-00046

1  *Cook* and *Johnson* plaintiffs' claims.  The court has set a bifurcated adjudicative hearing on these
2  claims for March 2008 pursuant to the attached order dated January 4, 2008.  The outcome of
3  these proceedings will be directly applicable only to the debtor parties, PALCO and Scotia, but
4  may have preclusive effect on the underlying claims against the nondebtor plaintiffs herein.
5  Therefore, assuming the bankruptcy court issues its ruling within 30 days of the hearing, the
6  parties to this coverage action will have a great deal of information by March or April 2008 about
7  the outcome of the underlying cases (subject to any appeal).

   Consequently, in the interests of justice, judicial economy and the conservation of the
9  parties' resources, the parties hereby request that this action be stayed for a period of an
10 additional 90 days, after which the parties will report back to the Court about the status of the
11 bankruptcy and whether the stay should be lifted or continued.

12 DATED: January 10, 2008.           STOEL RIVES LLP

13
                                      By: /s/
14                                        SCOTT J. KAPLAN
                                          Attorneys for Plaintiffs/Counter-Defendants
15                                         THE PACIFIC LUMBER COMPANY,
                                           SCOTIA PACIFIC COMPANY LLC;
16                                         MAXXAM INC., MAXXAM GROUP INC.,
                                           MAXXAM GROUP HOLDINGS INC.,
17                                         CHARLES E. HURWITZ, GARY CLARK
                                           JOHN CAMPBELL and ROBERT MANNE

18 DATED: January 10, 2008.           COLLIAU ELENIUS MURPHY CARLUCCIO
19                                     KEENER & MORROW

20                                    By: /s/
                                          SHERMAN C. LEE
21                                        Attorneys for Defendant and
                                           Counter-Complainant TRANSPORTATION
22                                         INSURANCE COMPANY

23 DATED: January 10, 2008.           BARBANEL & TREUER, P.C.

24
                                      By: /s/
25                                        KATY NELSON
                                          Attorneys for Defendant, Counterclaimant,
26                                         Cross-Claimant and Third-Party Plaintiff
                                           GENERAL STAR INDEMNITY
27                                         COMPANY

28 DATED: January 10, 2008.           LEWIS BRISBOIS BISGAARD & SMITH LLP

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

THIRD SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT AND ~~PROPOSED~~    -4-                C-06 0212 EDL
ORDER
Portlnd3-1611869.1 0092236-00046

By: /s/
REBECCA R. WEINREICH (#155684)
Attorneys for Third-Party Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

**DECLARATION REGARDING SIGNATURES**

I, Scott J. Kaplan, declare under penalty of perjury that I obtained concurrence to file this document from each of the other signatories to this document.

/s/
Scott J. Kaplan

**ORDER**

This action is stayed until further order from the Court. Counsel shall submit a further joint status report to the Court no later than __April 15____, 2008.

Dated: __January 11__, 2008

_____
THE HONORABLE ELIZABETH D. LAPORTE

IT IS SO ORDERED
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA