1  SCOTT J. KAPLAN (#143478)
   ANDREW F. BRIMMER (#179146)
2  STOEL RIVES LLP
   900 SW Fifth Avenue, Suite 2600
3  Portland, OR  97204
   Telephone:  (503) 224-3380
4  Facsimile:  (503) 220-2480

5  Attorneys for Plaintiffs/Counter-Defendants
   THE PACIFIC LUMBER COMPANY,
6  SCOTIA PACIFIC COMPANY LLC;
   MAXXAM INC., MAXXAM GROUP INC.,
7  MAXXAM GROUP HOLDINGS INC.,
   CHARLES E. HURWITZ, GARY CLARK
8  JOHN CAMPBELL and ROBERT MANNE

9  ALAN H. BARBANEL (#108196)
   KATY A. NELSON (#173759)
10 ALEX H. AHARONIAN (#231850)
   BARBANEL & TREUER, P.C.
11 1925 Century Park East, Suite 350
   Los Angeles, CA  90067
12 Telephone:  (310) 282-8088
   Facsimile:  (310) 282-8779
13
   Attorneys for Defendant, Counterclaimant,
14 Cross-Claimant and Third-Party Plaintiff
   GENERAL STAR INDEMNITY COMPANY
15
   SHERMAN C. LEE (#145765)
16 JANINE SCHIESS (#203791)
   COLLIAU ELENIUS MURPHY CARLUCCIO
17 KEENER & MORROW
   405 Howard Street, Suite 600
18 San Francisco, CA  94105
   Telephone:  (415) 932-7000
19 Facsimile:  (415) 932-7001

20 Attorneys for Defendant and
   Counter-Complainant
21 TRANSPORTATION INSURANCE
   COMPANY
22
   REBECCA R. WEINREICH (#155684)
23 LEWIS BRISBOIS BISGAARD & SMITH LLP
   221 North Figueroa Street, 12th Floor
24 Los Angeles, CA  90012
   Telephone:  (213) 250-1800
25 Facsimile:  (213) 481-0621
26
   Attorneys for Third-Party Defendant
27 NATIONAL UNION FIRE INSURANCE
   COMPANY OF PITTSBURGH, PA
28

FOURTH SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT AND PROPOSED          -1-          C-06 0212 EDL
ORDER
Portlnd3-1625467.1 0092236-00046

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PACIFIC LUMBER COMPANY, a Delaware corporation; SCOTIA PACIFIC COMPANY LLC, a Delaware corporation; MAXXAM INC., a Delaware corporation; MAXXAM GROUP INC., a Delaware corporation; MAXXAM GROUP HOLDINGS INC., a Delaware corporation; CHARLES E. HURWITZ, an individual; GARY CLARK, an individual; JOHN CAMPBELL, an individual; and ROBERT MANNE, an individual, | Case No. C-06 0212 EDL<br><br>**FOURTH SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER**<br><br>Judge:      Honorable Elizabeth Laporte |

Plaintiffs,

v.

GENERAL STAR INDEMNITY COMPANY, a Connecticut corporation; TRANSPORTATION INSURANCE COMPANY, an Illinois corporation,

Defendants.

_____

TRANSPORTATION INSURANCE COMPANY, an Illinois corporation,

Counter-Complainant,

v.

THE PACIFIC LUMBER COMPANY, a Delaware corporation; SCOTIA PACIFIC COMPANY LLC, a Delaware corporation; MAXXAM INC., a Delaware corporation; MAXXAM GROUP INC., a Delaware corporation; MAXXAM GROUP HOLDINGS INC., a Delaware corporation; CHARLES E. HURWITZ, an individual; GARY CLARK, an individual; JOHN CAMPBELL, an individual; ROBERT MANNE, an individual; and DOES 1 TO 25,

Counter-Defendants.

_____

GENERAL STAR INDEMNITY COMPANY, a Connecticut corporation,

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

FOURTH SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT AND PROPOSED
ORDER
Portlnd3-1625467.1 0092236-00046

-2-

C-06 0212 EDL

1

2          Third-Party Plaintiff,

3     v.

4     NATIONAL UNION FIRE INSURANCE
      COMPANY OF PITTSBURGH, PA, a
      Pennsylvania corporation,

5

6          Third-Party Defendant.

7          Pursuant to the Court's Order entered January 11, 2008, the parties to this action jointly

8     submit this Fourth Supplemental Case Management Statement and Proposed Order.

9          The parties have consented to trial before Magistrate Judge Laporte.  Discovery among

10    plaintiffs and defendants has been completed, and plaintiffs' and defendants' summary judgment

11    motions have been briefed and filed.  (The parties have agreed that third-party defendant National

12    Union Fire Insurance Company of Pittsburgh, PA need not file its motion for summary judgment

13    against defendants General Star Indemnity Company and Transportation Insurance Company, if

14    at all, until after the disputes among plaintiffs and defendants have been adjudicated.)  At oral

15    argument on December 19, 2006, the Court requested additional summary judgment submissions

16    be filed.  However, before those submissions were filed, on January 18, 2007, plaintiffs and

17    counter-defendants The Pacific Lumber Company ("PALCO") and Scotia Pacific Company, LLC

18    ("Scotia") filed for Chapter 11 bankruptcy protection in the U.S. Bankruptcy Court for the

19    Southern District of Texas, Corpus Christi Division, case numbers 07-20028-C-11 and 70-20032-

20    C-11 (jointly administered under case number 07-20027-C-11).[1]  The bankruptcy is a complex

21    one involving six related companies and hundreds of creditors and remains pending.

22         In this action, plaintiffs seek insurance coverage for certain lawsuits filed against them in

23    Humboldt County Superior Court, referenced during these proceedings as the *Cave*, *Cook* and

24    *Johnson* actions.  Those actions have been stayed pursuant to the bankruptcy automatic stay,

25    11 U.S.C. § 362(a).  The *Cave*, *Cook* and *Johnson* plaintiffs filed proofs of claims in the

26    bankruptcy cases in Corpus Christi, Texas.  These claims were settled between Debtors (and

27    individual plaintiff herein, Gary Clark) and the *Cave, Cook* and *Johnson* plaintiffs pursuant to the

28    _____
          [1] Hereafter PALCO and Scotia are jointly referred to as "Debtors."

Stoel Rives LLP
Attorneys At Law
Portland

FOURTH SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT AND PROPOSED          -3-                         C-06 0212 EDL
ORDER
Portlnd3-1625467.1 0092236-00046

1   Stipulation and Agreed Order ("Stipulation") entered by the Bankruptcy Court on February 1,

2   2008, attached hereto as Exhibit 1.  The Stipulation provides, among other things, in paragraph 8

3   that at the earlier of the effective date of any plan of reorganization of Debtors, or by June 1,

4   2008, whichever is earlier, the automatic stay will be lifted for the limited purpose of allowing the

5   *Cave, Cook* and *Johnson* plaintiffs to reactivate the cases as against the nondebtor plaintiffs

6   herein other than Mr. Clark.

7          Consequently, there are four areas of potential disputes remaining among the parties:

8   (a) the nondebtor plaintiffs' claims for a declaratory judgment on the defendant insurance

9   companies' duty to defend; (b) debtor PALCO's claim for defense costs it contends it paid on

10  behalf of all of the plaintiffs herein, a claim listed as an asset on PALCO's bankruptcy schedules;

11  (c)  defendants' counterclaims against plaintiffs herein, which to the extent they are against

12  Debtors, Debtors contend are subject to the bankruptcy automatic stay; and (d) cross-claims and

13  third-party claims among the defendants and third-party defendants.  The parties agree that it

14  makes the most sense to continue the stay of this case to (a) determine whether the *Cave*, *Cook*

15  and *Johnson* plaintiffs will continue their litigation against the nondebtor plaintiffs herein and

16  (b) obtain the determination of the Bankruptcy Court about how PALCO's claim for defense

17  costs will proceed.  The former question is likely to be answered on or shortly after June 1, 2008.

18         Consequently, in the interests of justice, judicial economy and the conservation of the

19  parties' resources, the parties hereby request that this action be stayed for a period of an

20  / / / / /

21  / / / / /

22  / / / / /

23  / / / / /

24  / / / / /

25  / / / / /

26  / / / / /

27  / / / / /

28  / / / / /

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

FOURTH SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT AND PROPOSED
ORDER

-4-

C-06 0212 EDL

Portlnd3-1625467.1 0092236-00046

1  additional 90 days, after which the parties will report back to the Court about the status of the

2  bankruptcy and whether the stay should be lifted or continued.

3       DATED:  April 15, 2008.      STOEL RIVES LLP

4

                     By:  /s/
5                        SCOTT J. KAPLAN
                      Attorneys for Plaintiffs/Counter-Defendants
6                       THE PACIFIC LUMBER COMPANY,
                       SCOTIA PACIFIC COMPANY LLC;
7                      MAXXAM INC., MAXXAM GROUP INC.,
                      MAXXAM GROUP HOLDINGS INC.,
8                      CHARLES E. HURWITZ, GARY CLARK
                      JOHN CAMPBELL and ROBERT MANNE

9       DATED:  April 15, 2008.      COLLIAU ELENIUS MURPHY CARLUCCIO
                      KEENER & MORROW
10

11                   By:  /s/
                      SHERMAN C. LEE
12                    Attorneys for Defendant and
                      Counter-Complainant TRANSPORTATION
13                    INSURANCE COMPANY

14      DATED:  April 15, 2008.      BARBANEL & TREUER, P.C.

15

                   By:  /s/
16                    KATY NELSON
                      Attorneys for Defendant, Counterclaimant,
17                    Cross-Claimant and Third-Party Plaintiff
                      GENERAL STAR INDEMNITY
18                    COMPANY

19      DATED:  April 15, 2008.      LEWIS BRISBOIS BISGAARD & SMITH LLP

20

                   By:  /s/
21                    REBECCA R. WEINREICH (#155684)
                      Attorneys for Third-Party Defendant
22                    NATIONAL UNION FIRE INSURANCE
                      COMPANY OF PITTSBURGH, PA

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

FOURTH SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT AND PROPOSED    -5-    C-06 0212 EDL
ORDER
Portlnd3-1625467.1 0092236-00046

1

**DECLARATION REGARDING SIGNATURES**

2     I, Scott J. Kaplan, declare under penalty of perjury that I obtained concurrence to file this

3 document from each of the other signatories to this document.

4

5     /s/ _____
      Scott J. Kaplan

6

7                              **ORDER**

8     This action is stayed until further order from the Court.  Counsel shall submit a further

9 joint status report to the Court no later than ____July 15____, 2008

10

11 Dated:  _ April 16 ___, 2008        _____

12                         THE HONORABLE _____ RTE

13                         IT IS SO ORDERED

14                         *Elizabeth D. Laporte*
                           Judge Elizabeth D. Laporte

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

FOURTH SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT AND PROPOSED      -6-                    C-06 0212 EDL
ORDER
Portlnd3-1625467.1 0092236-00046