1   SCOTT J. KAPLAN (#143478)
    ANDREW F. BRIMMER (#179146)
2   STOEL RIVES LLP
    900 SW Fifth Avenue, Suite 2600
3   Portland, OR  97204
    Telephone:  (503) 224-3380
4   Facsimile:   (503) 220-2480

5   Attorneys for Plaintiffs/Counter-Defendants
    MAXXAM INC., MAXXAM GROUP INC.,
6   MAXXAM GROUP HOLDINGS INC.,
    CHARLES E. HURWITZ, JOHN CAMPBELL
7   and ROBERT MANNE

8   ALAN H. BARBANEL (#108196)
    KATY A. NELSON (#173759)
9   BARBANEL & TREUER, P.C.
    1925 Century Park East, Suite 350
10  Los Angeles, CA  90067
    Telephone:  (310) 282-8088
11  Facsimile:   (310) 282-8779

12  Attorneys for Defendant, Counterclaimant,
    Cross-Claimant and Third-Party Plaintiff
13  GENERAL STAR INDEMNITY COMPANY

14  SHERMAN C. LEE (#145765)
    COLLIAU ELENIUS MURPHY CARLUCCIO
15  KEENER & MORROW
    405 Howard Street, Suite 600
16  San Francisco, CA  94105
    Telephone:  (415) 932-7000
17  Facsimile:   (415) 932-7001

18  Attorneys for Defendant and
    Counter-Complainant
19  TRANSPORTATION INSURANCE
    COMPANY
20
    REBECCA R. WEINREICH (#155684)
21  LEWIS BRISBOIS BISGAARD & SMITH LLP
    221 North Figueroa Street, 12th Floor
22  Los Angeles, CA  90012
    Telephone:  (213) 250-1800
23  Facsimile:   (213) 481-0621

24  Attorneys for Third-Party Defendant
    NATIONAL UNION FIRE INSURANCE
25  COMPANY OF PITTSBURGH, PA

26

27

28

---

CASE MANAGEMENT STATEMENT          -1-                        C-06 0212 EDL

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    SAN FRANCISCO DIVISION

4

5

6    THE PACIFIC LUMBER COMPANY, a            Case No. C-06 0212 EDL
     Delaware corporation; SCOTIA PACIFIC
     COMPANY LLC, a Delaware corporation;     **CASE MANAGEMENT STATEMENT**
7    MAXXAM INC., a Delaware corporation;
     MAXXAM GROUP INC., a Delaware            Date:     April 14, 2009
8    corporation; MAXXAM GROUP HOLDINGS       Time:     10:00 a.m.
     INC., a Delaware corporation; CHARLES E. Dept.:    Courtroom E
9    HURWITZ, an individual; GARY CLARK, an             The Honorable Elizabeth Laporte
     individual; JOHN CAMPBELL, an individual;
10   and ROBERT MANNE, an individual,

11              Plaintiffs,

12         v.

13   GENERAL STAR INDEMNITY COMPANY,
     a Connecticut corporation;
14   TRANSPORTATION INSURANCE
     COMPANY, an Illinois corporation,
15
                Defendants.
16

17         And Related Third Party Actions.

18

19         Pursuant to the Court's Order of February 11, 2009, the parties to this action jointly

20   submit this case management conference statement.  The parties have consented to trial before

21   Magistrate Judge Laporte.

22         As this Court is aware, plaintiffs Pacific Lumber Company ("PALCO") and Scotia Pacific

23   Company, LLC filed for Chapter 11 bankruptcy protection in the U.S. Bankruptcy Court for the

24   Southern District of Texas, Corpus Christi Division, case numbers 07-20028-C-11 and 70-20032-

25   C-11 (jointly administered under case number 07-20027-C-11).  As a result of the bankruptcy

26   action, the PALCO's interests are now represented by the PLC Litigation Trust (the "PLC

27   Trust"), which now holds all of PALCO's rights pursuant to the approved bankruptcy plan.

28

1   Plaintiffs Scotia Pacific Company LLC and Scotia Pacific Holding Company LLC have been

2   dissolved and their interests are now represented by the SPC Litigation Trust (the "SPC Trust").

3          As previously reported, the PLC Trust, SPC Trust, Transportation Insurance Co. ("TIC"),

4   and General Star Indemnity Co. ("General Star") have reached a settlement in which the PLC

5   Trust and SPC Trust will release their claims against TIC and General Star for the underlying

6   *Cave*, *Cook* and *Johnson* actions.  The settlement agreement, entitled Stipulation Resolving

7   Claims Under CNA Insurance Program, has now been fully executed and will be filed very

8   shortly with the bankruptcy court for approval.  The parties do not anticipate any opposition to

9   this motion and, once granted, will result in the release and dismissal of the claims by the PLC

10  Trust and SPC Trust against TIC and General Star.

11         Separately, plaintiffs MAXXAM and the remaining individual plaintiffs have engaged in

12  discussions with TIC and General Star to try to resolve their disputes regarding the duty to

13  defend.  These discussions are ongoing, and TIC and General Star expect to have a response to

14  MAXXAM very shortly.  If these discussions are successful, it is likely that this entire coverage

15  action can be dismissed without prejudice.  Accordingly, to permit further time to negotiate the

16  terms of the proposed resolution, the parties respectfully request that the Case Management

17  Conference currently scheduled for April 14, 2009 be continued for 30 days.

18

19                                          Respectfully submitted,

20  DATED:  April 7, 2009              STOEL RIVES LLP

21
                                       By: /s/  Scott J. Kaplan
22                                         SCOTT J. KAPLAN
                                           Attorneys for Plaintiffs/Counter-Defendants
23                                         MAXXAM INC., MAXXAM GROUP INC., MAXXAM
                                           GROUP HOLDINGS INC., CHARLES E. HURWITZ,
24                                         JOHN CAMPBELL and ROBERT MANNE

25

26

27

28

---

1

DATED:  April 7, 2009          COLLIAU ELENIUS MURPHY CARLUCCIO
2                                  KEENER & MORROW

3
                              By: /s/  Sherman C. Lee
4                                  SHERMAN C. LEE
                                   Attorneys for Defendant and Counter-Complainant
5                                  TRANSPORTATION INSURANCE COMPANY

6   DATED:  April 7, 2009          BARBANEL & TREUER, P.C.

7

8                              By: /s/  Alan H. Barbanel
                                   ALAN H. BARBANEL
9                                  Attorneys for Defendant, Counterclaimant,
                                     Cross-Claimant and Third-Party Plaintiff
10                                  GENERAL STAR INDEMNITY COMPANY

11
    DATED:  April 7, 2009          LEWIS BRISBOIS BISGAARD & SMITH LLP
12

13                             By: /s/  Rebecca R. Weinreich
                                   REBECCA R. WEINREICH
14                                 Attorneys for Third-Party Defendant NATIONAL
                                   UNION FIRE INSURANCE COMPANY OF
15                                 PITTSBURGH, PA

16

17                    **DECLARATION REGARDING SIGNATURES**

18      I, Sherman C. Lee, declare under penalty of perjury that I obtained concurrence to file this

19   document from counsel for defendants.

20
                                        /s/  Sherman C. Lee
21                                        Sherman C. Lee

22                               **ORDER**

23      The case management conference currently scheduled for April 14, 2009 is continued to

24   _May 19, ____, 2009.  Counsel shall submit a further joint status report to the Court no later than

25   _May 12____, 2009.

26

27   Dated: April _ 8 _, 2009          _____
                                        THE HONORABLE ELIZABETH D. LAPORTE
28

IT IS SO ORDERED

Elizabeth D. Laporte
Judge Elizabeth D. Laporte

CASE MANAGEMENT STATEMENT          -4-          C-06 0212 EDL

**PROOF OF SERVICE**

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action; my business address is Colliau Elenius Murphy Carluccio Keener & Morrow**,** Suite 600, 405 Howard Street, San Francisco, CA  94105.

On April 7, 2009, I served the foregoing document described as:

**CASE MANAGEMENT STATEMENT**

on the attorney(s) of record and/or interested parties in the case *The Pacific Lumber Co., et al. v. General Star Indemnity Co., et al. and related cross-actions, U.S.D.C., No. Dist. of California, Case No. C 060212 EDL*, as follows:

**SEE ATTACHED SERVICE LIST**

☐   **BY FACSIMILE TRANSMISSION**.  By transmitting via facsimile machine to the parties listed above.  The facsimile machine I used complied with ☐   *California Rules of Court, Rule 2003* ☐   *Federal Rule of Civil Procedure 4*, and the transmission was reported as complete, without error by a transmission report issued by the transmitting facsimile machine immediately upon completion of transmittal.

By placing ☐   a true copy ☐   the original thereof enclosed in sealed envelope(s) to the parties listed above and transmitting:
☐   **BY U.S. MAIL**.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐   **BY OVERNIGHT CARRIER**.  I delivered the foregoing documents to a courier or driver authorized by the overnight carrier to receive and transport documents for overnight delivery.  I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight carrier.  It is deposited with the overnight carrier on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☒   **BY ELECTRONIC TRANSMISSION**.  I electronically transmitted the attached documents to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants.

1

2

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 7, 2009, in the City and County of San Francisco, California.

3

4

/s/Paula Woolery

_____

PAULA WOOLERY

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**THE PACIFIC LUMBER COMPANY, ET AL. V. GENERAL STAR INDEMNITY COMPANY, ET AL. AND RELATED CROSS-ACTIONS U.S.D.C., NO. DIST. OF CALIFORNIA, CASE NO. : C 060212 EDL**

2

### Service List

3

4

5

6

7

Scott Jonathan Kaplan
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268
503-294-9318
503-294-9843 (fax)
sjkaplan@stoel.com

Attorneys for Plaintiffs/Counter-Defendants
THE PACIFIC LUMBER COMPANY,
SCOTIA PACIFIC COMPANY LLC;
MAXXAM INC., MAXXAM GROUP, INC.,
CHARLES E. HURWITZ, GARY CLARK,
JOHN CAMPBELL and ROBERT MANNE

8

9

10

11

12

13

Andrew F. Brimmer
Sarah F. Peterman
Stoel Rives LLP
111 Sutter Street, Suite 700
San Francisco, CA 94104
415-617-8900
415-676-3000 (fax)
afbrimmer@stoel.com
sfpeterman@stoel.com

Attorneys for Plaintiffs/Counter-Defendants
THE PACIFIC LUMBER COMPANY,
SCOTIA PACIFIC COMPANY LLC;
MAXXAM INC., MAXXAM GROUP, INC.,
CHARLES E. HURWITZ, GARY CLARK,
JOHN CAMPBELL and ROBERT MANNE

14

15

16

17

18

19

Alan H. Barbanel
Katy A. Nelson
Barbanel & Treuer
1925 Century Park East
Suite 350
Los Angeles, CA 90067
310-282-8088
310-282-8779 (fax)
knelson@btlawla.com

Attorneys for Defendants
GENERAL STAR INDEMNITY COMPANY

20

21

22

23

Rebecca R. Weinreich
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street,12th Floor
Los Angeles, CA 90012
213-250-1800
213-481-0621 (Fax)

Attorneys for Third Party Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

24

25

26

27

28

SERVICE LIST