1  SCOTT J. KAPLAN (#143478)
   ANDREW F. BRIMMER (#179146)
2  STOEL RIVES LLP
   900 SW Fifth Avenue, Suite 2600
3  Portland, OR  97204
   Telephone:  (503) 224-3380
4  Facsimile:  (503) 220-2480

5  Attorneys for Plaintiffs/Counter-Defendants
   MAXXAM INC., MAXXAM GROUP INC.,
6  MAXXAM GROUP HOLDINGS INC.,
   CHARLES E. HURWITZ, JOHN CAMPBELL
7  and ROBERT MANNE

8  ALAN H. BARBANEL (#108196)
   KATY A. NELSON (#173759)
9  BARBANEL & TREUER, P.C.
   1925 Century Park East, Suite 350
10 Los Angeles, CA  90067
   Telephone:  (310) 282-8088
11 Facsimile:   (310) 282-8779

12 Attorneys for Defendant, Counterclaimant,
   Cross-Claimant and Third-Party Plaintiff
13 GENERAL STAR INDEMNITY COMPANY

14 SHERMAN C. LEE (#145765)
   COLLIAU ELENIUS MURPHY CARLUCCIO
15 KEENER & MORROW
   405 Howard Street, Suite 600
16 San Francisco, CA  94105
   Telephone:  (415) 932-7000
17 Facsimile:   (415) 932-7001

18 Attorneys for Defendant and
   Counter-Complainant
19 TRANSPORTATION INSURANCE
   COMPANY
20
   REBECCA R. WEINREICH (#155684)
21 LEWIS BRISBOIS BISGAARD & SMITH LLP
22 221 North Figueroa Street, 12th Floor
   Los Angeles, CA  90012
23 Telephone:  (213) 250-1800
   Facsimile:   (213) 481-0621
24
   Attorneys for Third-Party Defendant
25 NATIONAL UNION FIRE INSURANCE
   COMPANY OF PITTSBURGH, PA
26

27

28

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    SAN FRANCISCO DIVISION

4

5

6    THE PACIFIC LUMBER COMPANY, a            Case No. C-06 0212 EDL
     Delaware corporation; SCOTIA PACIFIC
7    COMPANY LLC, a Delaware corporation;     **JOINT STATUS REPORT**
     MAXXAM INC., a Delaware corporation;     AND ORDER THEREON
8    MAXXAM GROUP INC., a Delaware            Date:    May 19, 2009
     corporation; MAXXAM GROUP HOLDINGS       Time:    10:00 a.m.
9    INC., a Delaware corporation; CHARLES E. Dept.:   Courtroom E
     HURWITZ, an individual; GARY CLARK, an            The Honorable Elizabeth Laporte
10   individual; JOHN CAMPBELL, an individual;
     and ROBERT MANNE, an individual,
11
12                    Plaintiffs,
                  v.
13   GENERAL STAR INDEMNITY COMPANY,
     a Connecticut corporation;
14   TRANSPORTATION INSURANCE
     COMPANY, an Illinois corporation,
15
16                    Defendants.

17        And Related Third Party Actions.

18

19        Pursuant to the Court's Order of April 9, 2009, the parties to this action jointly submit

20   this joint status report.  The parties have consented to trial before Magistrate Judge Laporte.

21        As this Court is aware, the parties are negotiating a dismissal of this action.  These

22   negotiations are comprised of two components, the first of which involves the Chapter 11

23   bankruptcy action filed in the U.S. Bankruptcy Court for the Southern District of Texas,

24   Corpus Christi Division, case numbers 07-20028-C-11 and 70-20032-C-11 (jointly

25   administered under case number 07-20027-C-11) by plaintiffs Pacific Lumber Company

26   ("PALCO") and Scotia Pacific Company, LLC.

27

28

1    As a result of the bankruptcy action, PALCO's interests are now represented by the

2    PLC Litigation Trust (the "PLC Trust"), which now holds all of PALCO's rights pursuant to

3    the approved bankruptcy plan.  Plaintiffs Scotia Pacific Company LLC and Scotia Pacific

4    Holding Company LLC have been dissolved and their interests are now represented by the

5    SPC Litigation Trust (the "SPC Trust").  The PLC Trust, the SPC Trust, and defendants

6    Transportation Insurance Co. and General Star Indemnity Co. have recently executed a

7    Stipulation Resolving Claims Under CNA Insurance Program in the bankruptcy action which

8    settles the claims among them.

9    This Stipulation was filed with the bankruptcy court on May 5, 2009 in a Motion for

10   Order Approving Compromise and Settlement.  Assuming that no objections will be filed, the

11   bankruptcy court will act on the motion no less than 25 days after filing, or in early June 2009.

12   If this motion is granted, then the PLC Trust and SPC Trust's claims against Transportation

13   Insurance Co. and General Star Indemnity Co. in this action will be dismissed.

14   The second component of negotiations concerns the claims made by the remaining

15   plaintiffs, MAXXAM Inc., *et al*.  These plaintiffs have conveyed a proposal to Transportation

16   Insurance Co. and General Star Indemnity Co. to resolve their disputes regarding the duty to

17   defend, and progress has been made towards a resolution and dismissal of this action.  The

18   parties have reached a resolution in principle, and working on the terms and documentation of

19   a proposed interim defense agreement and tolling agreement.

20   Accordingly, to permit further time for the Motion for Order Approving Compromise

21   and Settlement to be considered and heard by the bankruptcy court, to account for any possible

22   appeal of the ruling of that motion, and for the parties to negotiate the remaining terms of

23   MAXXAM's proposed resolution and document the same, the parties respectfully request that

24   the Case Management Conference currently scheduled for May 19, 2009 be continued for 60

25   days.

26   \ \ \

27   \ \ \

28   \ \ \

1
                                        Respectfully submitted,

2
    DATED:  May 12, 2009              STOEL RIVES LLP

3
                                      By: /s/  Scott J. Kaplan
4
                                         SCOTT J. KAPLAN
                                         Attorneys for Plaintiffs/Counter-Defendants
5
                                         MAXXAM INC., MAXXAM GROUP INC., MAXXAM
                                         GROUP HOLDINGS INC., CHARLES E. HURWITZ,
6
                                         JOHN CAMPBELL and ROBERT MANNE

7

8
    DATED:  May 12, 2009              COLLIAU ELENIUS MURPHY CARLUCCIO
                                         KEENER & MORROW
9
                                      By: /s/  Sherman C. Lee
10
                                         SHERMAN C. LEE
                                         Attorneys for Defendant and Counter-Complainant
11
                                         TRANSPORTATION INSURANCE COMPANY

12
    DATED:  May 12, 2009              BARBANEL & TREUER, P.C.
13

14
                                      By: /s/  Alan H. Barbanel
15
                                         ALAN H. BARBANEL
                                         Attorneys for Defendant, Counterclaimant,
16
                                          Cross-Claimant and Third-Party Plaintiff
                                         GENERAL STAR INDEMNITY COMPANY
17
    DATED:  May 12, 2009              LEWIS BRISBOIS BISGAARD & SMITH LLP
18

19
                                      By: /s/  Rebecca R. Weinreich
20
                                         REBECCA R. WEINREICH
                                         Attorneys for Third-Party Defendant NATIONAL
21
                                         UNION FIRE INSURANCE COMPANY OF
                                         PITTSBURGH, PA
22

23
                    **DECLARATION REGARDING SIGNATURES**

24
         I, Sherman C. Lee, declare under penalty of perjury that I obtained concurrence to file

25
    this document from counsel for defendants.

26
                                         /s/  Sherman C. Lee
27
                                              Sherman C. Lee

28

1

**ORDER**

2          The case management conference currently scheduled for May 19, 2009 is continued to

3   _August 4_____, 2009.  Counsel shall submit a further joint status report to the Court no later

4   than _July 28_____, 2009.

5

6   Dated:  May _13_, 2009

7   _____

8   THE HON.                                    PORTE

9                        Judge Elizabeth D. Laporte

10



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

1

**PROOF OF SERVICE**

2

     I am a citizen of the United States, over the age of eighteen years, and not a party to the within action; my business address is Colliau Elenius Murphy Carluccio Keener & Morrow**,** Suite 600, 405 Howard Street, San Francisco, CA  94105.

3

4

     On May 12, 2009, I served the foregoing document described as:

5

**JOINT STATUS REPORT**

6

on the attorney(s) of record and/or interested parties in the case *The Pacific Lumber Co., et al. v. General Star Indemnity Co., et al. and related cross-actions, U.S.D.C., No. Dist. of California, Case No. C 060212 EDL*, as follows:

7

8

**SEE ATTACHED SERVICE LIST**

9

☐   **BY FACSIMILE TRANSMISSION**.  By transmitting via facsimile machine to the parties listed above.  The facsimile machine I used complied with ☐  *California Rules of Court, Rule 2003* ☐  *Federal Rule of Civil Procedure 4*, and the transmission was reported as complete, without error by a transmission report issued by the transmitting facsimile machine immediately upon completion of transmittal.

10

11

12

By placing ☐  a true copy ☐  the original thereof enclosed in sealed envelope(s) to the parties listed above and transmitting:

13

☐   **BY U.S. MAIL**.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

14

15

16

17

☐   **BY OVERNIGHT CARRIER**.  I delivered the foregoing documents to a courier or driver authorized by the overnight carrier to receive and transport documents for overnight delivery.  I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight carrier.  It is deposited with the overnight carrier on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

18

19

20

21

☒   **BY ELECTRONIC TRANSMISSION**.  I electronically transmitted the attached documents to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants.

22

23

24

25

26

27

28

PROOF OF SERVICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 12, 2009, in the City and County of San Francisco, California.


      /s/Paula Woolery
      PAULA WOOLERY

THE PACIFIC LUMBER COMPANY, ET AL. V. GENERAL STAR INDEMNITY COMPANY, ET AL.
AND RELATED CROSS-ACTIONS
U.S.D.C., NO. DIST. OF CALIFORNIA, CASE NO. : C 060212 EDL

### Service List

| | |
|---|---|
| Scott Jonathan Kaplan | Attorneys for Plaintiffs/Counter-Defendants |
| Stoel Rives LLP | THE PACIFIC LUMBER COMPANY, |
| 900 SW Fifth Avenue, Suite 2600 | SCOTIA PACIFIC COMPANY LLC; |
| Portland, OR 97204-1268 | MAXXAM INC., MAXXAM GROUP, INC., |
| 503-294-9318 | CHARLES E. HURWITZ, GARY CLARK, |
| 503-294-9843 (fax) | JOHN CAMPBELL and ROBERT MANNE |
| sjkaplan@stoel.com | |
| | |
| Andrew F. Brimmer | Attorneys for Plaintiffs/Counter-Defendants |
| Sarah F. Peterman | THE PACIFIC LUMBER COMPANY, |
| Stoel Rives LLP | SCOTIA PACIFIC COMPANY LLC; |
| 111 Sutter Street, Suite 700 | MAXXAM INC., MAXXAM GROUP, INC., |
| San Francisco, CA 94104 | CHARLES E. HURWITZ, GARY CLARK, |
| 415-617-8900 | JOHN CAMPBELL and ROBERT MANNE |
| 415-676-3000 (fax) | |
| afbrimmer@stoel.com | |
| sfpeterman@stoel.com | |
| | |
| Alan H. Barbanel | Attorneys for Defendants |
| Katy A. Nelson | GENERAL STAR INDEMNITY COMPANY |
| Barbanel & Treuer | |
| 1925 Century Park East | |
| Suite 350 | |
| Los Angeles, CA 90067 | |
| 310-282-8088 | |
| 310-282-8779 (fax) | |
| knelson@btlawla.com | |
| | |
| Rebecca R. Weinreich | Attorneys for Third Party Defendant |
| Lewis Brisbois Bisgaard & Smith LLP | NATIONAL UNION FIRE INSURANCE |
| 221 North Figueroa Street,12th Floor | COMPANY OF PITTSBURGH, PA |
| Los Angeles, CA 90012 | |
| 213-250-1800 | |
| 213-481-0621 (Fax) | |