ALAN H. BARBANEL (Cal Bar No. 108196)
KATY A. NELSON (Cal Bar No. 173759)
BARBANEL & TREUER, P.C.
1925 Century Park East, Suite 350
Los Angeles, California 90067
(310) 282-8088 - Telephone
(310) 282-8779 – Facsimile

Attorneys for Defendant, Counterclaimant,
Cross-Claimant and Third Party Plaintiff
GENERAL STAR INDEMNITY CO.

SCOTT J. KAPLAN (#143478)
ANDREW F. BRIMMER (#179146)
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Attorneys for Plaintiffs/Counter-Defendants
MAXXAM INC., MAXXAM GROUP INC.,
MAXXAM GROUP HOLDINGS INC.,
CHARLES E. HURWITZ, JOHN
CAMPBELL and ROBERT MANNE

SHERMAN C. LEE (#145765)
COLLIAU ELENIUS MURPHY
CARLUCCIO KEENER & MORROW
405 Howard Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 932-7000
Facsimile: (415) 932-7001

Attorneys for Defendant and Counter Claimant
TRANSPORTATION INSURANCE
COMPANY

REBECCA R. WEINREICH (#155684)
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, 12th Floor
Los Angeles, CA 90012
Telephone: (213) 250-1800
Facsimile: (213) 481-0621

Attorneys for Third-Party Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

Barbanel & Treuer, P.C.
ATTORNEYS AT LAW
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel (310) 282-8088 • Fax (310) 282-8779

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PACIFIC LUMBER COMPANY, a Delaware corporation; SCOTIA PACIFIC COMPANY LLC, a Delaware corporation; MAXXAM INC., a Delaware corporation; MAXXAM GROUP INC., a Delaware corporation; MAXXAM GROUP HOLDINGS, INC., a Delaware corporation; CHARLES E. HURWITZ, n individual; GARY CLARK, an individual; JOHN CAMPBELL, an individual; and ROBERT MANNE, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>GENERAL STAR INDEMNITY COMPANY, a Connecticut corporation, and TRANSPORTATION INSURANCE COMPANY, an Illinois corporation,<br><br>    Defendants. | Case No. C-06 0212 EDL<br><br><br><br>**STIPULATION RE DISMISSAL WITHOUT PREJUDICE AND DISMISSAL ORDER** |
| GENERAL STAR INDEMNITY COMPANY, a Connecticut corporation,<br><br>    Third Party Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>    Third Party Defendant. | |
| AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS. | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiffs and counter-defendants Maxxam Inc., Maxxam Group Inc., Maxxam Group Holdings Inc.,

Charles E. Hurwitz, John Campbell and Robert Manne hereby stipulate with defendants, counterclaimants, cross-claimants and third party plaintiffs General Star Indemnity Company and Transportation Insurance Company, and third party defendant National Union Fire Insurance Company of Pittsburg, PA, through their undersigned counsel, that this action be dismissed without prejudice, each party to bear its own costs and attorneys fees.

DATED: September 10, 2009    BARBANEL & TREUER, P.C.
                             ALAN H. BARBANEL
                             KATY A. NELSON


                             By: /s/  Alan H. Barbanel
                                 ALAN H. BARBANEL
                                 Attorneys for Defendant, Counterclaimant,
                                 Cross-Claimant and Third Party Plaintiff
                                 GENERAL STAR INDEMNITY
                                 COMPANY

DATED: September 10, 2009    STOEL RIVES LLP


                             By:  /s/  Scott J. Kaplan
                                 SCOTT J. KAPLAN
                                 Attorneys for Plaintiffs/Counter-Defendants
                                 MAXXAM INC., MAXXAM GROUP INC.,
                                 MAXXAM GROUP HOLDINGS INC.,
                                 CHARLES E. HURWITZ, JOHN
                                 CAMPBELL and ROBERT MANNE

DATED:  September 10, 2009   COLLIAU ELENIUS MURPHY CARLUCCIO
                               KEENER & MORROW


                             By:  /s/  Sherman C. Lee
                                 SHERMAN C. LEE
                                 Attorneys for Defendant and
                                 Counter-Complainant TRANSPORTATION
                                 INSURANCE COMPANY

Barbanel & Treuer, P.C.
ATTORNEYS AT LAW
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel (310) 282-8088 • Fax (310) 282-8779

143041.1

DATED: September 10, 2009     LEWIS BRISBOIS BISGAARD & SMITH LLP


By: /s/ Rebecca R. Weinreich
REBECCA R. WEINREICH
Attorneys for Third-Party Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA


**DECLARATION REGARDING SIGNATURES**

I, KATY NELSON, declare under penalty of perjury that I obtained concurrence from all counsel to electronically file this document.

DATED: September 10, 2009        /s/ Katy Nelson
Katy Nelson
Attorneys for Defendant, Counterclaimant,
Cross-Claimant and Third Party Plaintiff
GENERAL STAR INDEMNITY
COMPANY


IT IS SO ORDERED.

DATED: September 14, 2009     _____



4
STIPULATION RE DISMISSAL WITHOUT PREJUDICE AND DISMISSAL ORDER

C-06 0212 EDL

143041.1